AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE DE JESUS ZAMORA | CASE NUMBER: 08cr1914-JLS |

I, JOSE DE JESUS ZAMORA, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/28 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Jose Zamora
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

FILED

AUG 28 2008